SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**BRYAN CHINWUBA, ILSB #6323733**
Bryan.Chinwuba@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:25-cr-00368-MO-01** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **GUSTAVO FLORES-CANDELAS,** | |
| **Defendant.** | |

**Introduction**

In August 2025, a DEA confidential source arranged a controlled buy with a known narcotics trafficker in Hood River, Oregon. Defendant and a co-conspirator arrived at the drug deal location. Surveillance agents monitored the controlled buy and detained both defendant and his co-conspirator before searching one of the vehicles they used to conduct the drug deal and seizing approximately 133 pounds of methamphetamine. There are no factual disputes with respect to defendant's conduct between defendant and the government. The government recommends a sentence on the low end of the guideline range followed by five years of supervised release and a $100 fee assessment.

/ / / /

/ / / /

**Government's Sentencing Memorandum**                                                      **Page 1**

I.      FACTUAL BACKGROUND

      A.      **The Offense Conduct**

On or about August 20, 2025, a DEA confidential source placed a phone call to a narcotics trafficker and arranged a drug delivery in Hood River, Oregon. That same day, the confidential source and DEA investigators arrived at the agreed upon drug deal location. Investigators surveilled the drug deal location and observed defendant and another male arrive in the same vehicle. Investigators observed defendant park near the confidential source's vehicle, exit his car, and ask the confidential source to show defendant the money the confidential source intended to pay for the drugs with. Defendant then entered his vehicle again and drove away with the other male before the two came back to the drug deal location in separate vehicles.

Investigators converged on the vehicles and detained defendant and the other male. Investigators then searched the second vehicle the other male drove and seized approximately 133 pounds of methamphetamine found in a large suitcase. Defendant admitted to facilitating the drug deal.

      B.      **The Charges**

Defendant is charged in Count One of the Indictment with possession with intent to distribute methamphetamine. On March 03, 2026, defendant pleaded guilty to Count One of the Indictment.

/ / / /

/ / / /

/ / / /

**Government's Sentencing Memorandum**                                                                                   **Page 2**

## II.    GOVERNMENT'S RECOMMENDED SENTENCE

|  |  |
|---|---|
| 38 | BOL (-4 2D1.1) |
| -4 | Minimal Role 2D1.1 |
| -4 | Minor Role 3B1.2 |
| -3 | Acceptance |
| -2 | Safety Valve |
| -2 | Zero Point Offender |
| = 23 | 24-30 months (CHC I) |

Based on defendant's acceptance of responsibility, the government recommends a sentence on the low end of the guideline range followed by a five-year term of supervised release, subject to the standard conditions, and a $100 fee assessment.

Dated: June 3, 2026.                                    Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

/s/ *Bryan Chinwuba*
BRYAN CHINWUBA, ILSB #6323733
Assistant United States Attorney

**Government's Sentencing Memorandum**                                    **Page 3**